AO91 (Rev. 12/03)  Criminal Complaint                                                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-19587

Eduardo ROMAN-Martinez
IAE
Mexico 1998

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 14, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Eduardo ROMAN-Martinez was encountered by Border Patrol Agents near Hidalgo, Texas on December 15, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on December 14, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Meador, Kellen  Border Patrol Agent
Signature of Complainant

Meador, Kellen   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 16, 2018                                                                   at    McAllen, Texas
Date                                                                                                   City/State

Juan F Alanis          Magistrate Judge
Name of Judge          Title of Judge                                             Signature of Judge