United States District Court
Southern District of Texas

**ENTERED**

December 18, 2018

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   M-18-PO-19587 |
| | § | |
| EDUARDO RAMON-MARTINEZ | § | |
| | § | |

## O R D E R

Came on to be considered Government's Motion to Dismiss Criminal Complaint numbered M-18-PO-19587 without prejudice against EDUARDO RAMON-MARTINEZ for the reason that the Government no longer desires to prosecute at this time,   It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Criminal Complaint numbered M-18-PO-19587 against EDUARDO RAMON-MARTINEZ be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service and counsel for the Government.

SIGNED at McAllen, Texas on this the 17th day of December, 2018.

Juan F. Alanis
UNITED STATES MAGISTRATE JUDGE